Charles Wang (pro se)
P. O. Box 831
Morgan Hill, CA 95038
(408) 234-6352
scwang@aol.com

# UNITED STATES
## District Court
### Northern California – San Francisco

Charles Wang, et al
   Plaintiff,

v.

Director Taylor Thomson, Mass General Hospital, Dr. D. Systrom, Dr. Hesse, Dr. Rhee, Dr. Matola, MGH Attending ICU medical physicians and staff. Dr. Madoff Frances West, et al.
   Respondent.

Case No. 14 2388

Judge: Honorable _____

COMPLAINT

## COMPLAINT

### PARTIES

1. The plaintiff, Charles Wang, is resident of Santa Clara County, state of California and citizen of United States;

2. The defendant, Taylor Thompson, is/was resident of state of Massachusetts and believed to be a citizen of United States;

3. The defendant, David Systrom, is/was resident of state of Massachusetts and believed to be a citizen of United States;

Complaint – Wang v. Massachusetts General Hospital     1

4. The defendant, K. Hesse, is/was resident of state of Massachusetts and believed to be a citizen of United States;

5. The defendant, Rhee, is/was resident of state of Massachusetts and believed to be a citizen of United States;

6. The defendant, Matola, is/was resident of state of Massachusetts and believed to be a citizen of United States;

7. The defendant, Madoff, is/was resident of state of Massachusetts and believed to be a citizen of United States;

8. The defendant, Frances West, is resident of state of Massachusetts and citizen of United States;

9. The defendant, Charles (Chip) West, is resident of state of Massachusetts and citizen of United States;

## Jury Trial Demand

Plaintiff requests a Demand through Jury Trial.

## Venue

Plaintiff is a currently a resident of Santa Clara country, State of California and during time of instance.    Current venue is proper and necessary for plaintiff has attempted to get attorney help numerous times in Boston, Massachusetts, without any success.   Plaintiff has since learned the reason for inability to obtain legal assistance in Boston Massachusetts.

Complaint – Wang v. Massachusetts General Hospital                                                                                         2

## Jurisdiction

2     This Court has jurisdiction over this matter pursuant to Federal Civil Rule 65 and/or Diversity jurisdiction.

4

## Statements of Facts

6     On April 28th, 2014, my late mother was admitted to Massachusetts General Hospital (MGH) because Dr. Matola told her she is going to get a "tune up" at the

8     hospital. She had no fever, no pain and no reason to be admitted to MGH through their emergency room. Frances West and Chip West arranged that several days in advance.

10     I advised her against been hospitalized under a very unusual circumstance. She told me in the end before she signed the paper for admission, "I listen to the doctors".

12

    When I arrived in Boston a few weeks before she was admitted, Frances told me

14     Mom had 84 years of very happy life and I should accept her leaving this world peacefully! I was shocked about her judgment. I am a chemical engineer. As I have

16     discovered that my Mom had only nutritional problem due to her live condition.

18     Her body could not process protein efficiently, thus, leading to increased level of ammonia in her breath and also believed in her blood stream. Few days before she was

20     admitted to MGH, we have found a medicine which helped her to rid of excess ammonia and her condition improved.

22

2   After she was admitted to MGH, doctors at the hospital, including defendants Systrom, Rhee, Madoff gave her harsh, painful, unnecessary and harmful treatments. They claimed she had TB as one of such. It's well-known TB antibiotics treatment is
4   harmful to liver and kidney functions. She had no fever, no cough and no sign of TB.

6   I protested repeatedly and demanded an independently blood test. After several meetings, they stopped the medication eventually without blood test. A clear sign of no
8   TB. Not only she suffered physically, but also mentally as they tried to deter her will of living. They had us to feed her ground up bitter tasting, antibiotics mixed in apple
10  sauce. She swallowed every medicine the doctors prescribed. She wanted to live. They wanted to jeopardize her health and deterred her well live. In her attempt to escape this
12  deathtrap, as she has realized by this time, she once pulled off all needles from her body.

14  Days before Memorial Day, 2011, they drugged her with Dilaudid, a hydro-morphine, through IV. While she was unconscious, on or about May 30th, they stopped
16  providing her with water. As a result, she passed several days later.

18  WHEREFORE, the Plaintiff seeks wrongful death claim against the Defendants for damages and such other relief as the court deems just for violation of laws.

20

Signed under penalty of perjury,

22  Dated : __May 22, 2014__        Signed : _____
                                    Charles Wang, Petitioner (pro se)

Complaint – Wang v. Massachusetts General Hospital                                    4