UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>TAYLOR THOMSON, et al.,<br><br>        Defendants. | Case No.  14-cv-02388-BLF<br><br>**ORDER VACATING AUGUST 7, 2014 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

    Before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint. The Court, pursuant to Civil Local Rule 7-1(b), finds this matter appropriate for disposition without oral argument. As such, the August 7, 2014 hearing is VACATED.

    **IT IS SO ORDERED.**

Dated: July 28, 2014

_____
BETH LABSON FREEMAN
United States District Judge